## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01006-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION a/k/a BUFFALO PUMPS, INC., et al.,

    Defendants.

## ORDER GRANTING
## STIPULATED MOTION FOR EXTENSION OF TIME TO
## RESPOND TO PLAINTIFFS' COMPLAINT

THIS MATTER comes before the Court on Defendant CertainTeed Corporation's Stipulated Motion for Extension of Time to Respond to Plaintiffs' Complaint, and the Court being fully advised in the premises hereby GRANTS said Motion, and ORDERS that CertainTeed is permitted an extension, up to and including May 9, 2018 to respond to Plaintiffs' Complaint.

Dated this __ day of May, 2018.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　USDC Judge