IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, Sr. and
LORI ANNE MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, INC, et al.,

    Defendants.

---

## ORDER
---

    This matter comes before the Court on the Motion to Dismiss Defendant Natkin & Company (ECF No. 275). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

    ORDERED that Plaintiffs' Motion (ECF No. 275) is hereby **GRANTED**. The claims against Defendant Natkin & Company only are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs. All other Defendants remain in the case; and it is

    FURTHER ORDERED that Defendant Natkin & Company's name shall be removed from the caption in all future filings with the Court.

    DATED this 15th day of November, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge