IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION a/k/a BUFFALO PUMPS, INC., et al.,

    Defendants.

---

### ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

---

THE COURT having reviewed the Stipulation for Dismissal with Prejudice as to Defendant Metropolitan Life Insurance Company ("Stipulation") (ECF No. 305), and otherwise being fully advised in the premises, does hereby GRANT the Stipulation.

All claims asserted by Plaintiffs in this matter against Defendant Metropolitan Life Insurance Company are hereby dismissed with prejudice each party to bear his, her or its own costs and attorneys' fees, including taxable costs. All other Defendants remain in the case; and it is

**ORDERED** that Defendant Metropolitan Life Insurance Company's name shall be removed from the caption in all future filings with the Court.

DATED this 4th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge