IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION a/k/a BUFFALO PUMPS, INC., et al.,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT UNION CARBIDE CORPORATION**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Without Prejudice as to Defendant Union Carbide Corporation (ECF No. 339).

The Court, having reviewed the Stipulation and being fully advised in the premises, hereby ORDERS that Plaintiffs' claims against Defendant Union Carbide are DISMISSED WITHOUT PREJUDICE, each party shall bear his, her or its own costs and attorneys' fees, including taxable costs; and it is

FURTHER ORDERED that Defendant Union Carbide Corporation's name shall be removed from the caption in all future filings with the Court.

DATED this 9th day of August, 2019.

                              BY THE COURT:

                              _____
                              RAYMOND P. MOORE
                              United States District Judge