**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

       Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION a/k/a BUFFALO PUMPS, INC., et al.,

       Defendants.

_____

**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS**
**AIR & LIQUID SYSTEMS CORPORATION A/K/A BUFFALO PUMPS, INC.,**
**CLEAVER-BROOKS, INC., AND WARREN PUMPS, LLC.**

_____

Plaintiffs Richard A. Mestas, Sr. and Lori Ann Muse, and Defendants, Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc., Cleaver-Brooks, Inc., and Warren Pumps, LLC, by and through their respective attorneys of record, hereby stipulate and agree to the following:

1.     All Plaintiffs' claims against Defendant Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc. asserted in this case shall be dismissed without prejudice.

2.     All Plaintiffs' claims against Defendant Warren Pumps, LLC asserted in this case shall be dismissed without prejudice.

3.     All Plaintiffs' claims against Defendant Cleaver-Brooks, Inc. asserted in this case shall be dismissed without prejudice.

4.     Each party shall bear his, her, or its own costs and attorneys' fees incurred in this matter, including taxable costs.

SIGNED, AGREED AND SO STIPULATED this 15th day of November, 2019.

By: *s/ Ryan M. Sweet*_____
Ryan M. Sweet
Joshua Grumke
**FLINT LAW FIRM, LLC**
222 E. Park Street, Suite 500
Edwardsville, IL 62025
Tele. 618-288-4777
Email: rsweet@flintlaw.com
          jgrumke@flintlaw.com
*Attorneys for Plaintiffs*

By: *s/ Matthew J. Broderick*_____
Matthew J. Broderick
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tele. 303-534-5160
Email: mbroderick@grsm.com
*Attorneys for Air & Liquid Systems*
*Corporation a/k/a Buffalo Pumps, Inc., and*
*Warren Pumps, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 15, 2019, a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record.

 *s/ Linda S. Montoya*_____
For Gordon Rees Scully Mansukhani, LLP