**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

     Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, INC., et al.

     Defendants.

_____

**ORDER OF DISMISSAL AS TO DEFENDANTS
AIR & LIQUID SYSTEMS CORPORATION A/K/A BUFFALO PUMPS, INC.,
CLEAVER-BROOKS, INC., WARREN PUMPS, LLC and RILEY POWER, INC.**
_____

This matter is before the Court on the Stipulated Motion to Dismiss Without Prejudice Defendants Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc., Cleaver-Brooks, Inc., and Warrant Pumps, LLC (ECF No. 359), and the Stipulated Motion to Dismiss Without Prejudice Defendant Riley Power Inc.  (ECF No. 360).  Upon consideration of the Motions, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Stipulated Motions (ECF Nos. 359 and 360) are hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), the Plaintiffs' claims and complaint as against Defendants Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc., Cleaver-Brooks, Inc., Warren Pumps, LLC, and Riley Power, Inc. only are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear his, her, or its own costs.  All other Defendants remain in the case; and it is

**FURTHER ORDERED** that the names of Defendants Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc., Cleaver-Brooks, Inc., Warren Pumps, LLC, and Riley Power, Inc. shall be removed from the caption in all future filings with the Court.

DATED this 18th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge