IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
A/K/A BUFFALO PUMPS, INC. et al.,

    Defendants.

---

**ORDER RE STIPULATED DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT SUPERIOR BOILER WORKS, INC.**

---

    This matter comes before the Court on the Stipulated Dismissal of all Claims Against Defendant Superior Boiler Works, Inc. (ECF No. 364), filed November 19, 2019.  Upon consideration of the Stipulated Dismissal, the file, and the applicable rules, and being otherwise fully advised, it is

    ORDERED that Plaintiffs' claims against Defendant Superior Boiler Works, Inc., shall be DISMISSED WITHOUT PREJUDICE.  All other Defendants remain in the case; and it is

    FURTHER ORDERED that Defendant Superior Boiler Works, Inc.'s name shall be removed from the caption in all future filings with the Court.

    DATED this 20th day of November, 2019.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge