IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
A/K/A BUFFALO PUMPS, INC. et al.,

    Defendants.

---

**ORDER RE STIPULATED DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT VIKING PUMPS, INC.**

---

This matter comes before the Court on the Stipulated Dismissal of all Claims Against Defendant Viking Pumps, Inc. (ECF No. 365), filed November 19, 2019. Upon consideration of the Stipulated Dismissal, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant Viking Pumps, Inc., shall be DISMISSED WITHOUT PREJUDICE. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Viking Pumps, Inc.'s name shall be removed from the caption in all future filings with the Court.

DATED this 20th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge