IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
A/K/A BUFFALO PUMPS, INC. et al.,

    Defendants.

---

**ORDER RE STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE
DEFENDANT RITE ENGINEERING AND MANUFACTURING CORPORATION**

---

    This matter comes before the Court on the Stipulated Motion to Dismiss Without Prejudice Defendant Rite Engineering and Manufacturing Corporation (ECF No. 366), filed November 19, 2019. Upon consideration of the Stipulated Motion, the file, and the applicable rules, and being otherwise fully advised, it is

    ORDERED that Plaintiffs' claims against Defendant Rite Engineering and Manufacturing Corporation, shall be DISMISSED WITHOUT PREJUDICE. All other Defendants remain in the case; and it is

    FURTHER ORDERED that Defendant Rite Engineering and Manufacturing's name shall be removed from the caption in all future filings with the Court.

    DATED this 20th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge