# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 1:18-cv-01006

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a BUFFALO PUMPS, INC., et al.,

    Defendants.

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN CRANE, INC

Plaintiffs Richard A. Mestas, Sr., and Lori Ann Muse, and Defendant John Crane, Inc., by and through their respective attorneys of record, hereby stipulate and agree to the following:

    1.    All Plaintiffs' claims against Defendant John Crane, Inc. asserted in this case shall be dismissed without prejudice;

    2.    Each party shall bear his, her or its own costs and attorney fees incurred in this matter; and

    3.    Each party waives all claims against one another for taxable costs incurred in this matter.

2

**SIGNED, AGREED, AND SO STIPULATED** this 25th day of November, 2019.

               MILLER & STEIERT, P.C.


               */s/  Gary M. Clexton*
               Gary M. Clexton
               Attorneys for Defendant John Crane, Inc.
               1901 W. Littleton Blvd.
               Littleton, CO 80120
               303-798-2525
               gclexton@m-s-lawyers.com
               *Counsel for Defendant John Crane, Inc.*


               */s/  Ryan M. Sweet*
               Ryan M. Sweet, Esq.
               Joshua C. Grumke, Esq.
               Flint Law Firm, LLC
               222 E. Park St., Suite 500
               P.O. Box 189
               Edwardsville, IL 62025
               Email:
               rsweet@flintlaw.com;
               jgrumke@flintlaw.com
               *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2019, I served the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN CRANE, INC.** via CM/ECF to the following:

Carolyn J. Cuneo
Andrus Wagstaff, P.C.
7171 W. Alaska Drive
Lakewood, CO 80226
*Attorneys for Plaintiffs*

Ryan M. Sweet
Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
*Attorneys for Plaintiffs*

Matthew J. Broderick
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
*Attorneys for Defendants Air & Liquid Systems Corporation and Warren Pumps, LLC*

Amanda Catherine Jokerst
Lori Kathryn Bell
Montgomery Amatuzio Chase Bell Jones, LLP-Denver
4100 E. Mississippi Avenue
Mountain Towers
Suite 1600
Denver, CO 80246-3048
*Attorneys for Defendant Aurora Pump Company*

Michael P. Dulin
Jennifer W. Vedra
Polsinelli P.C.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
*Attorneys for Defendant BorgWarner Morse Tec, LLC*

Jason H. Klein
Laura J. Ellenburger
Nicholas Robert Herrick
D. Sean Smith
Wood, Smith, Henning & Berman, LLP
1805 Shea Center Drive, Suite 200
Highlands Ranch, CO 80129
*Attorneys for Defendant Bryan Steam, LLC*

Jason H. Klein
Laura J. Ellenburger
Nicholas Robert Herrick
D. Sean Smith
Wood, Smith, Henning & Berman, LLP
1805 Shea Center Drive, Suite 200
Highlands Ranch, CO 80129
*Attorneys for Defendant Burnham, LLC a/k/a Burnham Commercial*

Kevin G Walton
Timothy Philip Scalo
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center
Suite 1900
Denver, CO 80202
*Attorneys for Defendant CBS Corporation individually and as successor-in-interest f/k/a Viacom, Inc., merger to CBS Corporation, f/k/a Westinghouse Electric Corporation*

Tracy H. Fowler
Snell & Wilmer, LLP-Salt Lake City
15 West South Temple
Gateway Tower West
Suite 1200
Salt Lake City, UT 84101-1547
*Attorneys for Defendant CBS Corporation individually and as successor-in-interest f/k/a Viacom, Inc., merger to CBS Corporation, f/k/a Westinghouse Electric Corporation*

4

Amanda Catherine Jokerst
Lori Kathryn Bell
Montgomery Amatuzio Chase Bell Jones, LLP-Denver
4100 E. Mississippi Avenue
Mountain Towers
Suite 1600
Denver, CO 80246-3048
*Attorneys for Defendant Certainteed Corporation*

Joseph L. Greenslade
Polsinelli PC-Los Angeles
2049 Century Park East
Suite 2900
Los Angeles, CA 90067
*Attorneys for Defendant Certainteed Corporation*

Matthew J. Broderick
Michael John Ramirez
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street
Suite 3400
Denver, CO 80202
*Attorneys for Cleaver-Brooks, Inc., f/k/a Cleaver-Books other Aqua-Chem, Inc.*

Thomas E. Birsic
Michael James Ross
Nicholas P. Vari
K&L Gates LLP-Pittsburgh
210 Sixth Avenue
K&L Gates Center
Pittsburgh, PA 15222-2613
*Attorneys for Crane Co., individually and as successor-in-interest to Successor Cochrane, Inc., a/k/a Jenkins Valves, Inc.*

John F. Hensley
Hensley & Kennedy, P.C.
1790 30th Street
Suite 435
Boulder, CO 80301
*Attorney for Defendant Crown Cork & Seal Company, Inc.*

Mary A. Wells
L. Michael Brooks, Jr.
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
*Attorneys for Defendant BW/IP, Inc., successor BW/IP International, Inc., f/k/a Byron Jackson Pump Division*

Kevin G Walton
Timothy Philip Scalo
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center
Suite 1900
Denver, CO 80202
*Attorneys for FMC Corporation, as successor of successor Northern Pumps, successor Peerless Pumps*

Ronald Hellbusch
Jesse Daniel Rodgers
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 400
Denver, CO 80203
*Attorneys for Defendants Gardner Denver, Inc. and Union Carbide Corporation*

Xavier Jarron Avery
Katherine Mercer-Lawson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
*Attorneys for Defendant General Electric Company*

Valerie Garcia
Joshua I. Berry
Jason Douglas Krueger
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
*Attorneys for Defendant Genuine Parts Company, Individually, a/k/a NAPA d/b/a Raylor Brakes*

Michael D. Plachy
Elliot Reaven
Lewis Roca Rothgerber Christie LLP-Denver
1200 17th Street, Suite 3000
Denver, CO 80202
*Attorneys for Defendant Honeywell International, Inc. f/k/a Allied-Signal, Inc., as successor-in-interest to Bendix Corporation*

Kevin G Walton
Timothy Philip Scalo
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center
Suite 1900
Denver, CO 80202
*Attorneys for Defendant Ingersoll-Rand Company*

Max K. Jones, Jr.
Kyle B. Joyce
Montgomery Amatuzio Chase Bell Jones, LLP-Denver
4100 East Mississippi Avenue, Suite 1600
Denver, CO 80246-3048
*Attorneys for Defendant Lamons Gasket Company*

Charles E. Weaver
Amy L. Twohey
Jachimiak Peterson, LLC
1819 Denver West Drive, Suite 265
Golden, CO 80401
*Attorneys for Defendant Riley Power, Inc.*

Michael Allen Paul
Todd Herbert Fleckenstein
Hall & Evans, LLC-Denver
1001 Seventeenth Street
Suite 300
Denver, CO 80202
*Attorneys for Defendant Rite Engineering & Manufacturing Corporation*

Gregg S. Rich
Rachael M. Wachs
Coombe Curry Rich & Jarvis
1660 Lincoln Street, Suite 2950
Denver, CO 80264
*Attorneys for Defendants Viking Pumps, Inc. and Superior Boiler Works, Inc.*

Kevin G Walton
Timothy Philip Scalo
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center
Suite 1900
Denver, CO 80202
*Attorneys for Defendant Trane US, Inc., f/k/a American Standard, Inc.*

Stephen Ken Dexter
Lathrop Gage LLP-Denver
1515 Wynkoop Street, Suite 600
Denver, CO 80202
*Attorneys for Defendant U.S. Engineering Company*

Andrew Jason Ricke
Lathrop Gage, LLP-Overland Park
10851 Mastin Boulevard
Building 82
Suite 1000
Overland Park, KS 66210-1669
*Attorneys for Defendant U.S. Engineering Company*

Matthew Allen Jacober
Lathrop Gage, LLP-St. Louis
7701 Forsyth Boulevard
Suite 500
St. Louis, MO 63105
*Attorneys for Defendant U.S. Engineering Company*

/s/     Deborah Snyder