IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AURORA PUMP COMPANY, et al.,

    Defendants.

---

**ORDER RE STIPULATED MOTION TO DISMISS
DEFENDANT AURORA PUMP COMPANY**

---

This matter comes before the Court on the Stipulated Motion to Dismiss Defendant Aurora Pump Company (ECF No. 373), filed November 22, 2019. Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant Aurora Pump Company shall be DISMISSED WITHOUT PREJUDICE. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Aurora Pump Company's name shall be removed from the caption in all future filings with the Court.

DATED this 25th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge