IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

    Defendants.

---

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT U.S. ENGINEERING COMPANY**

---

This matter comes before the Court on the Stipulation for Dismissal with Prejudice as to Defendant U.S. Engineering Company (ECF No. 378), filed November 26, 2019. Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant U.S. Engineering Company shall be DISMISSED WITH PREJUDICE. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant U.S. Engineering's name shall be removed from the caption in all future filings with the Court.

DATED this 29th day of November, 2019.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge