IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

BORGWARNER MORSE TEC, LLC, et al.,

    Defendants.

---

**ORDER RE STIPULATED MOTION TO DISMISS
DEFENDANT LAMONS GASKET COMPANY**

---

This matter comes before the Court on the Stipulated Motion to Dismiss Defendant Lamons Gasket Company (ECF No. 381), filed December 2, 2019. Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant Lamons Gasket Company shall be DISMISSED WITHOUT PREJUDICE. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Lamons Gasket Company's name shall be removed from the caption in all future filings with the Court.

DATED this 3rd day of December, 2019.

                                            BY THE COURT:

                                            /s/ Raymond P. Moore
                                            RAYMOND P. MOORE
                                            United States District Judge