## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

      Plaintiffs,

v.

BORGWARNER MORSE TEC, LLC, et al.

      Defendants.

---

## ORDER RE STIPULATED MOTION TO DISMISS
## DEFENDANT CROWN CORK & SEAL COMPANY, INC.,
## INDIVIDUALLY AND AS SUCCESSOR TO MUNDET CORK CORPORATION, ONLY

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Without Prejudice as to Defendant Crown Cork & Seal Company, Inc., Individually and as Successor to Mundet Cork Corporation, Only (ECF No. 383), filed December 6, 2019. Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant Crown Cork & Seal Company, Inc., Individually and as Successor to Mundet Cork Corporation, Only shall be DISMISSED WITHOUT PREJUDICE. All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Crown Cork & Seal Company, Inc.'s name, Individually and as Successor to Mundet Cork Corporation, Only, shall be removed from the caption in all future filings with the Court.

DATED this 9th day of December, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge