IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

      Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

      Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT BW/IP, INC. ONLY

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal without Prejudice as to Defendant BW/IP, Inc. only (ECF No. 385). Having reviewed the same and being fully advised of the premises, the Court hereby orders:

The Stipulated Motion is hereby GRANTED. Under Fed. R. Civ. P. 41(a)(2), all claims asserted by Plaintiffs against Defendant BW/IP, Inc., identified in Plaintiffs' Complaint as "Flowserve Corporation (sued individually and as successor-in-interest to BW/IP International Inc., f/k/a Byron Jackson Pump Division)," are hereby DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of December, 2019.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge