IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

    Defendants.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT TRANE U.S., INC., F/K/A
AMERICAN STANDARD, INC.

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Trane U.S., Inc., F/K/A American Standard, Inc. (ECF No. 390). The Court, having reviewed the same and being fully advised of the premises, hereby orders:

The Stipulated Motion is hereby GRANTED. All claims asserted by Plaintiffs against Defendant Trane U.S., Inc., F/K/A American Standard, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of January, 2020.

                                                              BY THE COURT:

                                                              RAYMOND P. MOORE
                                                              United States District Judge