**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

       Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

       Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT VIACOMCBS INC. INCORRECTLY NAMED AS**
**"DEFENDANT CBS CORPORATION F/K/A VIACOM, INC. MERGER TO CBS**
**CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, AS**
**SUCCESSOR-IN-INTEREST TO WESTINGHOUSE ELECTRIC CORPORATION"**

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss (ECF No. 391) filed by Plaintiffs Richard A. Mestas Sr. and Lori Ann Muse, and Defendant ViacomCBS Inc. f/k/a CBS Corporation, Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation incorrectly named by Plaintiffs in the Complaint as "Defendant CBS Corporation f/k/a Viacom, Inc. merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, as successor-in-interest to Westinghouse Electric Corporation" (hereinafter "Westinghouse"). The Court, having reviewed the same and being fully advised of the premises, hereby orders:

The Stipulated Motion to Dismiss is hereby GRANTED. All claims asserted by Plaintiffs against Defendant Westinghouse are hereby DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of January, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge