**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

      Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

      Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT FMC CORPORATION ON BEHALF OF ITS**
**FORMER NORTHERN PUMP AND PEERLESS BUSINESSES**

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss FMC Corporation on Behalf of its Former Northern Pump and Peerless Pump Businesses (ECF No. 392). The Court, having reviewed the same and being fully advised of the premises, hereby orders:

The Stipulated Motion to Dismiss is hereby GRANTED. All claims asserted by Plaintiffs against Defendant FMC Corporation on Behalf of its Former Northern Pump and Peerless Pump Businesses are hereby DISMISSED WITHOUT PREJUDICE.

DATED this 7th day of January, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge