IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR. and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC., et al.,

    Defendants.

---

## ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL OF GENUINE PARTS COMPANY

---

This matter comes before the Court on the Parties' Stipulation for Voluntary Dismissal of Genuine Parts Company (ECF No. 402), filed January 24, 2020.  Upon consideration of the Stipulation, the file, and the applicable rules, and being otherwise fully advised, it is

ORDERED that Plaintiffs' claims against Defendant Genuine Parts Company shall be DISMISSED WITH PREJUDICE.  All other Defendants remain in the case; and it is

FURTHER ORDERED that Defendant Genuine Parts Company's name shall be removed from the caption in all future filings with the Court.

DATED this 28th day of January, 2020.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge