# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RPM-NYW

RICHARD A. MESTAS, Sr. and LORI ANNE MUSE,

    *Plaintiffs*,

v.

BORGWARNER MORSE TEC, LLC, *et al.*

    *Defendants.*

---

## ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL
## OF GARDNER DENVER, INC.

---

This Matter is before the Court on Plaintiffs' and Defendant Gardner Denver, Inc.'s Stipulation of Voluntary Dismissal with Prejudice (ECF No. 434). This Court, being fully apprised in the premises, Orders:

    1.    All claims which were or could have been asserted by Plaintiffs against Defendant Gardner Denver, Inc. in this civil action are dismissed *with prejudice*;

    2.    This Stipulation does not involve any admission of liability or fault by Defendant Gardner Denver, Inc.; and

    3.    Each party is to pay its own attorneys' fees and costs.

DATED this 15th day of July, 2020.

                                                                       BY THE COURT:

                                                                       _____

                                                                       RAYMOND P. MOORE
                                                                       United States District Judge