IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and
LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, INC., et al.,

    Defendants.

___

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF GENERAL ELECTRIC COMPANY**

___

This Matter is before the Court on the Stipulated Motion for Voluntary Dismissal of General Electric Company (ECF No. 443). The Court, being fully apprised in the premises, Orders:

1. Plaintiffs and Defendant General Electric Company have resolved their disputes;

2. All claims that were or could have been asserted by Plaintiffs against General Electric Company are dismissed with prejudice in this civil action;

3. This stipulation does not involve any admission of liability or fault by General Electric Company; and

4. Each Party is to pay its own attorneys' fees and costs.

DATED this 18th day of August, 2020.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge