IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01006-RPM-NYW

RICHARD A. MESTAS, Sr. and LORI ANNE MUSE,

    *Plaintiffs*,

v.

BORGWARNER MORSE TEC, LLC, *et al.*

    *Defendants*

---

**DEFENDANT CRANE CO.'S NOTICE OF SETTLEMENT AND WITHDRAWAL OF SUMMARY JUDGMENT MOTION**

---

    Please take notice that the parties have reached a settlement of all of plaintiffs' claims, and thus Crane Co. is withdrawing its pending summary judgment motion (ECF #436) and reply (ECF #449), without prejudice and subject to the parties' finalization of the settlement. Crane Co. anticipates filing a stipulated motion to dismiss shortly.

| | |
|---|---|
| Dated: September 3, 2020 | Respectfully Submitted, |
| | K&L Gates LLP |
| | */s/ Michael J. Ross* |
| | Michael J. Ross<br>PA I.D. #200981<br>K&L Gates LLP<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>(412) 355-6500 |
| | *Attorney for Defendant Crane Co.* |

1

307823124 v1

## CERTIFICATE OF SERVICE

I, Michael J. Ross, counsel for Defendant Crane Co., do hereby certify that a true and correct copy of the above and foregoing Defendant Crane Co.'s Reply in Support of Its Motion for Summary Judgment was served on all counsel of record via ECF and/or e-mail.

DATED: September 3, 2020     /s/ *Michael J. Ross*
                              Michael J. Ross