# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01006-RPM-NYW

RICHARD A. MESTAS, Sr. and LORI ANNE MUSE,

    *Plaintiffs*,

v.

BORGWARNER MORSE TEC, LLC, *et al.,*

    *Defendants.*

## DEFENDANT CRANE CO.'S NOTICE OF CORRECTION

Please take notice that Crane Co.'s Notice of Settlement [ECF 452] inadvertently stated that all parties settled with Plaintiffs whereas only Crane Co. has settled with the Plaintiffs and therefore only Crane Co.'s pending motions are affected by the settlement.

Dated: September 4, 2020          Respectfully Submitted,

                                            K&L Gates LLP

                                            */s/ Michael J. Ross*

                                            Michael J. Ross
                                            PA I.D. #200981
                                            K&L Gates LLP
                                            210 Sixth Avenue
                                            Pittsburgh, PA 15222
                                            (412) 355-6500

                                            *Attorney for Defendant Crane Co.*

307846052 v1

## CERTIFICATE OF SERVICE

I, Michael J. Ross, counsel for Defendant Crane Co., do hereby certify that a true and correct copy of the above and foregoing Defendant Crane Co.'s Notice of Correction was served on all counsel of record via ECF and/or e-mail.

DATED: September 4, 2020          /s/ *Michael J. Ross*
                                  Michael J. Ross