IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

vs.

AIR & LIQUID SYSTEMS CORPORATION, a/k/a
BUFFALO PUMPS, INC. et al.,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BORGWARNER MORSE TEC, LLC**

---

This Matter is before the Court on the Stipulation for Dismissal with Prejudice as to Defendant BorgWarner Morse Tec, LLC (ECF No. 461), individually and as successor by merger to Borg-Warner Corporation ("Defendant BorgWarner"). This Court, being fully apprised of the premises, hereby ORDERS that Plaintiffs' claims against Defendant BorgWarner are dismissed, with prejudice. Each party subject to the above Stipulation shall be responsible for his, her, or its own attorneys' fees and costs.

DATED this 6th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge