## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:18-cv-01006-RM-NYW**

| | |
|---|---|
| RICHARD A. MESTAS, SR., and LORI ANNE MUSE, | § § § |
| Plaintiff(s), | § § |
| v. | § § |
| AIR & LIQUID SYSTEMS CORPORATION, a/k/a BUFFALO PUMPS, INC., et. al. | § § § |
| Defendant(s). | § § |

## PLAINTIFFS' MOTION FOR DISMISSAL

**COME NOW** Plaintiffs, RICHARD A. MESTAS, SR., and LORI ANN, by and through counsel, FLINT LAW FIRM, LLC, and hereby move to voluntarily dismiss their cause of action, without prejudice, as to Defendants, **PEERLESS BOILERS, d/b/a PB HEAT, LLC.** and **WEIL-MCCLAIN** *only,*

All other claims of the Plaintiffs shall remain pending as to all other parties.

All costs shall be taxed to the party incurring same.

                              Respectfully submitted

                              **FLINT LAW FIRM, LLC**

By:   */s/ Sara E. Coopwood*
        Sara E. Coopwood, Esq.
        *Admitted Pro Hac Vice*
        3838 Oak Lawn Avenue, Suite 1000
        Dallas, TX 75219
        Tel: (214) 722-7573
        Fax: (469) 317-6301
        scoopwood@flintlaw.com;
        djuarez@flintlaw.com

Andrus Wagstaff PC
Sarah Ann Wolter
7171 West Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Sarah.wolter@andruswagstaff.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all known counsel of record,

*/s/ Sara E. Coopwood*
Sara E. Coopwood, Esq.
*Admitted Pro Hac Vice*