**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR.,
 and LORI ANNE MUSE,

      Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, Inc., *et al.*

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL (ECF No. 466)**

---

This Matter is before the Court on Plaintiffs' Motion for Dismissal (ECF No. 466). This Court, being fully apprised in the premises, Orders:

1.    The Motion for Dismissal is hereby GRANTED. All claims asserted by Plaintiffs against Defendants Peerless Boilers, d/b/a PB Heat, LLC, and Weil-McClain, in this civil action are dismissed *without prejudice*; and

2.    Each party is to pay its own attorneys' fees and costs.

DATED this 19th day of October, 2020.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge