**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR.,
 and LORI ANNE MUSE,

        Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, Inc., *et al.*

        Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL (ECF No. 467)**

---

This Matter is before the Court on Plaintiffs' Motion for Dismissal (ECF No. 467).  This Court, being fully apprised in the premises, Orders:

1.      The Motion for Dismissal is hereby GRANTED.  All claims asserted by Plaintiffs against Defendant Grinnell, LLC., in this civil action are dismissed *with prejudice*; and

2.      Each party is to pay its own attorneys' fees and costs.

DATED this 19th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge