IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, Sr., and
LORI ANNE MUSE,

      Plaintiffs,

v.

BORGWARNER MORSE TEC, LLC, *et al.,*

      Defendants.

## ORDER

This matter having come before the Court on Defendant Crane Co.'s Uncontested Motion to Dismiss (Doc. 477), and the Court having reviewed the pleadings filed herein and being fully advised of the premises contained, it is

ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that all claims pending against Defendant Crane Co. in this action are dismissed with prejudice, with each party to bear its own costs.

Dated this 3rd day of December, 2020.

BY THE COURT:

*[signature]*

U.S. District Judge Raymond P. Moore