# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR., and LORI ANN MUSE,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, INC., *et al.*,

    Defendants.

## ORDER REGARDING JOINT STIPULATION FOR DISMISSAL

This matter having come before the Court on Plaintiffs Richard A. Mestas, SR., and Lori Ann Muse and Defendant Honeywell International, Inc., f/k/a Allied Signal, as successor-in-interest to Allied Corporation, as successor-in-interest to The Bendix Corporation ("Honeywell") Joint Stipulation for Dismissal with Prejudice (ECF No. 485). The Court having considered the Stipulation, the Court file, and being otherwise fully advised, hereby

ORDERS the dismissal of all claims pending against Honeywell in this action with prejudice, with each party to bear its own costs.

DATED this 8th day of January, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge