## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:18-cv-01006-RM-NYW**

| | |
|---|---|
| RICHARD A. MESTAS, SR., and<br>LORI ANNE MUSE, | §<br>§<br>§ |
| Plaintiff(s), | §<br>§ |
| v. | §<br>§ |
| AIR & LIQUID SYSTEMS CORPORATION,<br>   a/k/a BUFFALO PUMPS, INC., et. al. | §<br>§<br>§ |
| Defendant(s). | § |

**PLAINTIFFS' NOTICE OF SETTLEMENT,
REQUEST FOR 120 DAYS TO FINALIZE SETTLEMENT
AND MOTION TO VACATE THE STATUS CONFERENCE**

Plaintiffs, RICHARD A. MESTAS, SR., and LORI ANN, by and through counsel, FLINT LAW FIRM, LLC, hereby notify the Court that Plaintiffs and Defendant Goulds Pumps, Inc. have reached a settlement agreement in this matter but have not completed all settlement documentation.

These parties, therefore, request that all discovery deadlines as to Defendant Goulds Pumps, Inc. be stayed and that the Court delay for a period of 120 days from the date of this Notice dismissal of Goulds Pumps, Inc. as a defendant in this matter to allow parties the time necessary to finalize all settlement-related documents.

Furthermore, Plaintiffs respectfully move the Court to Vacate the Status Conference that is currently set for February 8, 2021. Vacating the Status Conference will not prejudice any party, nor will it delay finalization of any settlement-related documentation.

WHEREFORE, Plaintiffs respectfully pray that the Court stay all deadlines as to Defendant Goulds Pumps, Inc. and that Plaintiffs and Defendant Goulds Pumps, Inc. file appropriate dismissal documents 120 days from the date of the filing of this Notice.

DATED: January 26, 2021

                                                Respectfully submitted,

                                                **FLINT LAW FIRM, LLC**

By:    */s/ Sara E. Coopwood*
          Sara E. Coopwood, Esq.
          *Admitted Pro Hac Vice*
          3838 Oak Lawn Avenue, Suite 1000
          Dallas, TX 75219
          Tel: (214) 722-7573
          Fax: (469) 317-6301
          scoopwood@flintlaw.com;
          djuarez@flintlaw.com

          Andrus Wagstaff PC
          Sarah Ann Wolter
          7171 West Alaska Drive
          Lakewood, CO 80226
          Tel: (303) 376-6360
          Fax: (303) 376-6361
          Sarah.wolter@andruswagstaff.com

          **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

          */s/ Sara E. Coopwood*
          Sara E. Coopwood, Esq.
          *Admitted Pro Hac Vice*