# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-NYW

RICHARD A. MESTAS, SR.,
and LORI ANNE MUSE,

      Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, Inc., *et al.*

      Defendants.

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL (ECF No. 497)

---

This Matter is before the Court on Plaintiffs' Motion for Dismissal (ECF No. 497). This Court, being fully apprised in the premises, Orders:

1. The Motion for Dismissal is hereby GRANTED. All claims asserted by Plaintiffs against Defendant Goulds Pumps, LLC, in this civil action are dismissed *with prejudice*; and

2. Each party is to pay its own attorneys' fees and costs.

DATED this 18th day of May, 2021.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge