IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01006-RM-MEH

RICHARD A. MESTAS, SR., and
LORI ANNE MUSE,

      Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION,
a/k/a BUFFALO PUMPS, Inc., *et al.*

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE AS TO ALL REMAINING DEFENDANTS (ECF No. 501)**

---

This Matter is before the Court on Plaintiffs' Stipulated Motion to Dismiss Without Prejudice as to All Remaining Defendants (ECF No. 501). This Court, being fully apprised in the premises, hereby

ORDERS that the Stipulated Motion to Dismiss Without Prejudice as to All Remaining Defendants is hereby GRANTED. All claims asserted by Plaintiffs against All Remaining Defendants are dismissed *without prejudice*, with each party to pay its own attorneys' fees and costs; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of Court is directed to close this case.

DATED this 12th day of August, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge